In the Matter of QUINTO J. PORCELLA, an Attorney.— Motion for reinstatement denied. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of HELEN BORST against CONTINENTAL BANK AND TRUST COMPANY OF NEW YORK.— Motion to amend record on appeal, for reargument of the appeal on the record as amended or for leave to appeal to the Court of Appeals, and for other relief, in all respects denied, with $10 costs. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ. [See ante, p. 772.]

MARY MELLOR et al. v. CITY BANK FARMERS TRUST COMPANY et al., as Trustees under the Will of EMMA ZIEGEL, Deceased, et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See ante, p. 683.]

BYRNE, BOWMAN & FORSHAY, INC., et al. v. 1481 BROADWAY CORPORATION et al.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with $10 costs, and stay vacated. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See ante, p. 820.]

In the Matter of the Compulsory Accounting in the Estate of LEWIS C. LEDYARD, Deceased. RICHARD KNIGHT, as General Guardian of NORA KNIGHT and DINAH KNIGHT; UNITED STATES TRUST COMPANY OF NEW YORK, as Executor of LEWIS C. LEDYARD, JR., Deceased.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with $10 costs. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ. [See ante, p. 772.]

WILLIAM H. SILK v. LOUIS W. ABRONS et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See ante, p. 767.]

NEW YORK SAVINGS BANK v. ROTH-PICKET REALTY CO., INC., et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [See ante, p. 828.]

TOBY SCHECHTER v. VICTOR SCHECHTER.— Motion for reargument or in the alternative for an order staying the enforcement of the order of this court entered June 1, 1945, pending the determination of the appeal taken by plaintiff to the Court of Appeals from said order, denied. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See ante, p. 817.]

UNION COURSE HOLDING CORPORATION v. TOMASETTI CONSTRUCTION COMPANY et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See ante, p. 775.]

In the Matter of the Probate of the Will of SAMUEL ROOT, Deceased. WILLIAM ROOT et al.; ROSE GOLDBLATT, as Executrix of SAMUEL ROOT, Deceased.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See ante, p. 819.]

ALPHONSO ALLICK v. COLUMBIAN PROTECTIVE ASSOCIATION.— Motion for leave to appeal to the Court of Appeals granted. Motion for reargument denied. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ. [See ante, p. 281.]